1  Scott Lieske, Esq. #016250
2  Rachel Flinn #027000
   3838 N. Central Ave., Ste. 800
3  Phoenix, Arizona 85012
   (602) 277-8996
4  (602) 253-8346, facsimile
   Attorneys for Russell Brown, Chapter 13 Trustee
5

6           **IN THE UNITED STATES BANKRUPTCY COURT**

7               **FOR THE DISTRICT OF ARIZONA**

8  | In re: | Chapter 13 |

9  | **RENE PABLO SALINAS**, | Case No. 2:14-bk-16419-BKM |

10 | Debtor(s). | **AMENDED TRUSTEE'S MOTION TO** |
11 | | **ALLOW PAYMENT OF UNCLAIMED** |
   | | **FUNDS TO COURT** |
12
   | | Proof of claim # 03 |
13

14      Russell Brown, Chapter 13 Trustee, pursuant to 11 U.S.C. § 347(a) and Rule 3011, F.R.B.P.,

15 moves the Court to allow him to pay the Court unclaimed funds. The Trustee issued a check totaling

16 **$1,044.59** to the creditor but the check has not been cashed by the creditor.

17      The Trustee has attempted to contact creditor Buckeye Title Loans, Inc at its last known

18 address of 6785 Bobcat Way Ste 200 Dublin, OH 43016 but those attempts have been unsuccessful.

19

20 Additional attempts to contact creditor via telephone has been unsuccessful.

21

22

23                                            _____
                                              Scott Lieske, Esq. ABN 016250
24                                            Rachel Flinn, Esq. ABN 027000
                                              Staff Attorneys for Chapter 13 Trustee
25 /././                                      slieske@ch13bk.com
                                              rflinn@ch13bk.com
26

27

28

## CERTIFICATE OF MAILING

I, Becky Kahlstorf, do hereby certify that a copy of the **Motion** was mailed or emailed to the following addresses on the date of the electronic signature affixed hereto:

Checksmart
c o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Buckeye Title Loans, Inc
6785 Bobcat Way
Ste 200
Dublin, OH 43016
Creditors

RENE PABLO SALINAS
429 SOUTH TERRY LANE
TEMPE, AZ 85281
MARICOPA-AZ
Debtor(s)

JAMES R. MCDONALD, JR.
MCDONALD LAW OFFICE, PLLC
1907 E BROADWAY, #1
TEMPE, AZ 85282
Attorney for Debtor(s)

Becky Kahlstorf
bkahlstorf@ch13bk.com

2